650 OCTOBER TERM, 1905.

Cases Disposed of Without Consideration by the Court. 201 U. S.

of Appeals of the District of Columbia. March 5, 1906. Dismissed with costs, on motion of *The Solicitor General* for the plaintiff in error. *The Attorney General* for plaintiff in error. No appearance for defendants in error.

---

No. 377. SIDNEY TURNER DYER, BY ELISHA DYER, JR., HER NEXT FRIEND, ET AL., APPELLANTS, *v.* THE MAYOR AND CITY COUNCIL OF BALTIMORE ET AL. Appeal from the Circuit Court of the United States for the District of Maryland. March 5, 1906. Dismissed at the cost of the appellees, per stipulation. *Mr. Arthur W. Machen* and *Mr. Arthur W. Machen, Jr.,* for appellants. *Mr. W. Cabell Bruce* for appellees.

---

No. 568. SIEBRAND H. NIEWENHOUS, PLAINTIFF IN ERROR, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY ET AL. In error to the Supreme Court of the State of New York. March 9, 1906. Dismissed, per stipulation. *Mr. Edward S. Hatch* for plaintiff in error. *Mr. Ira A. Place* for defendants in error.

---

No. 224. SIMON BURNS ET AL., APPELLANTS, *v.* JOHN W. HAYES ET AL. Appeal from the Court of Appeals of the District of Columbia. March 15, 1906. Dismissed with costs, pursuant to the tenth rule. *Mr. John Ridout* and *Mr. R. Golden Donaldson* for appellants. *Mr. Henry E. Davis* for appellees.

---

No. 635. WALTER H. WREN, PLAINTIFF IN ERROR, *v.* RICHARD RIGGS ET AL. In error to the Circuit Court of the United States for the Western District of Texas. March 19, 1906. Docketed and dismissed with costs, on motion of *Mr. C. A. Culberson* for the defendants in error. No one opposing.